**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Benjamin LOPEZ–PATINO, a.k.a. Johnny Munez, AKA Robert Munoz, a.k.a. Carlos Villa, Defendant–Appellant.**

No. 12–10288.

United States Court of Appeals, Ninth Circuit.

Submitted April 19, 2013.*

Filed May 13, 2013.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Thomas Scott Hartzell, T.S. Hartzell, Attorney at Law, Tucson, AZ, for Defendant–Appellant.

Before: SCHROEDER, SILVERMAN, and BEA, Circuit Judges.

## MEMORANDUM **

Defendant–Appellant, Benjamin Lopez–Patino, appeals the district court's imposition of a 120–month sentence for his second conviction for illegal re-entry after being deported, with an enhancement under 8 U.S.C. § 1326(b)(2) because the re-entry followed a conviction for an aggravated felony (child abuse of a six-month old baby). The statutory maximum for this offense is 20 years—double what Appellant received.

This conviction was Appellant's fiftieth (50th) criminal conviction. Previously, Appellant had been convicted of a range of offenses, including drunk driving, burglary, multiple assaults (including once where he tried to run over someone with a vehicle), resisting arrest, child abuse, and illegal re-entry after deportation.

Appellant failed to object to the reasonableness of his sentence at trial, so our review is for plain error. *United States v. Sylvester Norman Knows His Gun,* 438 F.3d 913, 918 (9th Cir.2006). The district court considered all of the 18 U.S.C. § 3553(a) sentencing factors and had a logical basis for varying upwards from the advisory Sentencing Guidelines. Considering that a prior sentence of 100 months

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for illegal re-entry had not discouraged Appellant from re-entering the United States yet again, *see United States v. Lopez–Patino,* 391 F.3d 1034 (9th Cir.2004) (per curiam), the district court did not err in sentencing him to 120 months.

**AFFIRMED.**